UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNELL AVERY DENHAM,

                Plaintiff,

v.

DETECTIVE ALLAN O'NEILL,

                Defendant.

Case No. C19-1250-TSZ

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objection was filed, and the remaining record, hereby finds and ORDERS as follows:

(1)    The Report and Recommendation is ADOPTED.

(2)    Plaintiff's amended complaint (dkt. # 17) and this action are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 4th day of February, 2019.

                                                                   _____
                                                                   Thomas S. Zilly
                                                                   United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2